■ In the Matter of HECTOR LOPEZ, Petitioner, v ANNE G. FELDMAN et al., Respondents. [632 NYS2d 970] —Proceeding pursuant to CPLR article 78 in the nature of prohibition, inter alia, to prohibit the respondents from enforcing an order of the Supreme Court, Kings County, dated April 19, 1995, and to prohibit the respondent Justice from presiding over a criminal action under Kings County Indictment No. 7529/94.

Motion by the respondent Anne G. Feldman to dismiss the proceeding.

Upon the petition and papers filed in support of the proceeding, and the papers filed in opposition thereto and in support of the motion, it is

Ordered that the motion is granted; and it is further,

Adjudged that the petition is denied and the proceeding is dismissed, without costs or disbursements.

"Because of its extraordinary nature, prohibition is available only where there is a clear legal right, and then only when a court—in cases where judicial authority is challenged—acts or threatens to act either without jurisdiction or in excess of its authorized powers" (Matter of Holtzman v Goldman, 71 NY2d 564, 569; see, Matter of Rush v Mordue, 68 NY2d 348, 352). The petitioner here has failed to demonstrate a clear legal right to the relief sought. Mangano, P. J., Balletta, Pizzuto and Santucci, JJ., concur.